

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00666-CV

**IN THE INTEREST OF R.M.P., ET AL CHILDREN,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00286
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their brief is granted. The appellant's brief is due on December 11, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court